**No. 61504.**—Felix Lorenzoni et al. *v.* United States, protests 243292–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the subject of *United States* v. *General Shipping & Trading Co. et al.* (44 C. C. P. A. 168, C. A. D. 656), the claim of plaintiffs was sustained.